**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02648-CMA-MJW

DSOFT TECHNOLOGY COMPANY, a Colorado corporation,

    Plaintiff,

v.

ODYSSEY SYSTEMS CONSULTING GROUP, LLC, a Massachusetts limited liability
Company and a Colorado joint venture comprising
ODYSSEY SYSTEMS CONSULTING GROUP, LLC, a Massachusetts limited liability
company and
VETERAN ENGINEERING & TECHNOLOGY, LLC, a Colorado limited liability company,

    Defendants.

## ORDER TO STAY PROCEEDINGS

This matter is before the Court on the parties' Joint Motion for Stay of Proceedings (Doc. # 30). Upon review of the motion and being fully advised in the premises, the Court hereby GRANTS the motion and ORDERS as follows:

1. That further proceedings in this matter are STAYED for a period of 30 days from the date of this Order in order for DSoft's recently appointed Receiver and Counsel to review and investigate DSoft's financial records and pending litigation;

2. That Defendants shall have **to and including January 29, 2014**, within which to respond to Plaintiff's Complaint; and

3. That, in light of this Order, Magistrate Judge Watanabe is DIRECTED to reschedule the status conference currently set before him on January 16, 2014.

DATED: December  18 , 2013

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge